| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Michigan Sporting Goods Distributors, Inc. | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | ☐ Check if this is an amended filing |
| Case number (if known): | 17-00612 | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adidas Group<br>685 Cedar Crest Road<br>Spartanburg, SC 29301 | Helen.Gist@adidas-group.com | Trade Debt | | | | $472,276.42 |
| ASICS<br>29 Parker Suite 100<br>Irvine, CA 92618 | nancyschwartzburg@asics.com | Trade Debt | | | | $260,789.97 |
| AV Sportswear<br>20 Wheeler St. Suite 302<br>Lynn, MA 01902 | KADavis@bbandt.com | Trade Debt | | | | $241,792.49 |
| Burton Snowboards<br>80 Industrial Parkway<br>Burlington, VT 05401 | jimb@burton.com | Trade Debt | | | | $682,215.54 |
| Columbia Sportswear<br>14375 NW Science Park Drive<br>Portland, OR 97229 | jboudreau@columbia.com | Trade Debt | | | | $912,686.37 |
| Escalade Sports<br>817 Maxwell Avenue<br>Evansville, IN 47711 | michellekirsch@escaladesports.com | Trade Debt | | | | $654,109.25 |
| Gildan USA Inc.<br>198 Clements Ferry Road<br>Charleston, SC 29492 | JGladney@gildan.com | Trade Debt | | | | $243,648.62 |
| Golden Viking Sports<br>21929 67th Ave. South<br>Kent, WA 98032 | rkruger@gvsamerica.com | Trade Debt | | | | $442,089.12 |

| Debtor | Michigan Sporting Goods Distributors, Inc. | | Case number *(if known)* | **17-00612** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gordini USA Inc.<br>67 Allen Martin Dr<br>PO Box 8440<br>Essex Junction, VT 05451 | Heather_Coupal@gordini.com | Trade Debt | | | | $219,808.59 |
| Icon Health & Fitness<br>1500 S 1000 W<br>Logan, UT 84321 | cbrowning@iconfitness.com | Trade Debt | | | | $837,657.30 |
| IMPEX<br>2801 S Towne Avenue<br>Pomona, CA 91766 | KaylieH@impex-fitness.com | Trade Debt | | | | $559,629.52 |
| K2 Corporation<br>4201 6th Ave. South<br>Seattle, WA 98108 | brian_johnson@k2sports.com | Trade Debt | | | | $471,911.62 |
| Maurice Sporting Goods<br>1910 Techny Road<br>Northbrook, IL 60065 | Michael.klein@maurice.net | Trade Debt | | | | $334,541.87 |
| NIKE<br>5151 Shelby<br>Memphis, TN 38118 | kim.stewart@nike.com | Trade Debt | | | | $3,806,248.85 |
| Professional Media Management<br>Attn: Accounts Receivable<br>528 Bridge St. NW Suite 7<br>Grand Rapids, MI 49504 | rdykstra@professionalmediamanagement.com | Media/Marketing Expense | | | | $228,303.07 |
| Quad / Graphics<br>N61 W23044 Harry's Way<br>Sussex, WI 53089 | MVECHART@qg.com | Media/Marketing Expense | | | | $246,442.87 |
| Sports South Inc.<br>1039 Kay Lane<br>Shreveport, LA 71135 | amy.guess@sportssouth.biz | Trade Debt | | | | $821,800.38 |
| Under Armour<br>1020 Hull St.<br>Baltimore, MD 21230 | ktroast@underarmour.com | Trade Debt | | | | $2,446,749.31 |
| VF Licensed Sports Group LLC<br>4408 West Linebaugh Ave.<br>Tampa, FL 33624 | Janet_Roark@vfc.com | Trade Debt | | | | $217,339.36 |
| Wilson Team Sports<br>8750 W. Bryn Mawr Ave.<br>Chicago, IL 60631 | Marilyn.Jensen@wilson.com | Trade Debt | | | | $472,928.46 |