**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:                                                            Case No. 17-00612

MICHIGAN SPORTING GOODS                         Chapter 11
DISTRIBUTORS, INC.,

                                                                    Hon. John T. Gregg

                    Debtor.

_____/

**ORDER GRANTING FINAL FEE APPLICATION OF WARNER NORCROSS & JUDD**
**LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO DEBTOR FOR THE PERIOD FROM**
**FEBRUARY 14, 2017 THROUGH SEPTEMBER 8, 2017**

This matter has come before the Court upon the *Final Fee Application of Warner Norcross & Judd LLP for Payment of Compensation and Reimbursement of Expenses as Counsel to Debtor for the Period from February 14, 2017 Through September 8, 2017* (the "**Application**").  Warner Norcross & Judd LLP ("**WNJ**") is seeking payment of compensation in the total amount of $571,559.30 and for reimbursement of expenses in the total amount of $13,657.50.  Notice of the Application was properly served upon all interested parties and no objections have been filed.

**IT IS THEREFORE ORDERED:**

1.      The Application is granted.

2.      WNJ is granted on a final basis compensation and reimbursement of expenses in the total amount of $585,216.80.

3.      That the amount of $585,216.80 is authorized and directed to be paid by Debtor to WNJ.

4.      WNJ is authorized to take any action necessary or appropriate to implement the terms of this Order without further order from this Court.

5.      This Court retains exclusive jurisdiction and power to resolve any dispute arising

from or related to this Order.

## END OF ORDER

*Order prepared and submitted by:*
WARNER NORCROSS & JUDD LLP
Elisabeth M. Von Eitzen (P70183)
111 Lyon Street NW, Suite 900
Grand Rapids, Michigan 49503
Telephone: (616) 752-2418
evoneitzen@wnj.com
Counsel for Debtor

**Signed: October 24, 2017**





John T. Gregg
United States Bankruptcy Judge