IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Michigan Sporting Goods
Distributors, Inc.,

        Chapter 11
        Bankruptcy Case No. 17-00612-jtg
        Hon. John T. Gregg

        Debtor.
_____/

**ORDER APPROVING APPLICATION FOR PAYMENT OF PROFESSIONAL FEES
AND EXPENSES OF BERKELEY RESEARCH GROUP, LLC**

PRESENT: HON. JOHN T. GREGG
United States Bankruptcy Judge

THIS MATTER having come before this Court upon the Application for Payment of Professional Fees and Expenses of Berkeley Research Group, LLC (the "Application"); this Court having reviewed the Application and determined that the fees and expenses sought therein are reasonable, were necessary, were actually incurred, and should be allowed and paid; and this Court being otherwise fully advised in the premises;

IT IS ORDERED that $654,880.50 in fees and $59,190.23 in costs are approved and allowed, and may be paid by Debtor to Berkeley Research Group, LLC.

**END OF ORDER**

*Order prepared and submitted by:*
WARNER NORCROSS & JUDD LLP
R. Michael Azzi (P74508)
111 Lyon Street NW, Suite 900
Grand Rapids, Michigan 49503
Telephone: (616) 752-2784
Facsimile: (616) 222-2784
mazzi@wnj.com
Counsel for Debtor
16111785-1

Signed: October 25, 2017




John T. Gregg
United States Bankruptcy Judge