TRANSMITTAL OF QUARTERLY
POST CONFIRMATION REPORT WITH CERTIFICATION
FOR THE QUARTER ENDED:
March 31, 2018

In re:

    Michigan Sporting Goods Distributors, Inc.    Case No. 17-00612-jtg
    DBA : MC Sports    Chapter 11

Debtor, affirms that:

1. The attached Chapter 11 Post Confirmation Report for the quarter ended March 31, 2018, which includes the <u>Total Disbursement for Quarter,</u> the <u>Summary of Amounts Distributed Under the Plan</u> and the <u>Summary of Status on Consummation of Plan</u> has been reviewed and the report as prepared fairly and accurately reflects the debtor's complete disbursement/distribution activity and status for the period stated.

2. The individual responsible for preparing the attached report was Robert Summerfield whose title is Chief Financial Officer. Any questions regarding the attached report should be directed to Robert Summerfield at telephone number 616-745-5303 or email at RSummerfield@michsport.com.

3. The debtor is in compliance with the provisions of the confirmed Chapter 11 Plan except as listed below (Attach additional documentation if necessary):
There are no exceptions to the confirmed plan.

4. The undersigned is authorized to file this report on behalf of the debtor.

**It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of my knowledge and belief.**

    Debtor

Dated: January 17, 2018    By: <u>/s/Robert Summerfield</u>
    Signature

    <u>Robert Summerfield</u>
    Typed or printed name

    <u>Chief Financial Officer</u>
    Title

CHAPTER 11 POST CONFIRMATION REPORT
FOR QUARTER ENDED
March 31, 2018

Debtor: Michigan Sporting Goods Distributors, Inc.         Case No. 17-00612-jtg

Total Disbursement for Quarter

All disbursements made by the debtor during the current quarter, whether under the plan or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

                                        Total Disbursements:        $ 195,686

Summary of Amounts Distributed Under Plan:

|  | Current Quarter | Paid to Date |
|---|---|---|
| A.  Fees and Expenses | | |
| 1. Trustee Compensation | $0 | |
| 2. Fee for Attorney for Trustee | $0 | |
| 3. Fee for Attorney for Debtor | $0 | |
| 4. Other Professionals | $0 | |
| 5. All expenses, including trustee | $195,686 | |
| | | |
| B.  Distributions | | |
| 6. Secured Creditors | $0 | |
| 7. Priority Creditors | $0 | |
| 8. Unsecured Creditors | $0 | |
| 9. Equity Security Holders | $0 | |
| 10. Other Payments or Transfers | $0 | |
| | | |
| Total Plan Payments (Sum of Lines 1-10) | $195,686 | |

Summary of Status of Consummation of Plan

Plan Payments are Current                                           Yes  X     No
    If no, attach explanatory statement identifying payments not made
    (by creditor, amount and date due), reason for non-payment, and
    an estimated date as to when payments will be brought current.

Quarterly fee due to the United States Trustee are current:         Yes  X     No

Anticipated date of final report/motion for final decree: