# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Michigan Sporting Goods
Distributors, Inc.,

Debtor.

_____/

Chapter 11

CASE NO. 17-00612-jtg

HON. JOHN T. GREGG

## FINAL DECREE CLOSING CHAPTER 11 CASE

Before the Court is *Debtor's Motion for an Order and Final Decree Closing Chapter 11 Case* [Dkt No. ___] (the "**Motion**"). The Court has considered the Motion and finds that sufficient notice of the Motion has been provided based upon the proof of service filed with the Court and good and sufficient cause exists for granting the relief requested in the Motion.[1]

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The following Chapter 11 case is closed: *In re: MC Sporting Goods Distributors, Inc.*, Case No. 17-00612-jtg (the "**Chapter 11 Case**")

3. Entry of this Final Decree is without prejudice to the rights of the Debtor, the U.S. Trustee, or other party in interest to seek to reopen the Chapter 11 Case for cause pursuant to section 350(b) of the Bankruptcy Code.

4. Except as provided in this Order, Rust Consulting/Omni Bankruptcy ("**Rust Omni**") is hereby terminated as the claims, balloting and noticing agent in this Chapter 11 Case and as Distribution Agent under the Plan, provided that Rust Omni is directed to, within thirty days of the entry of this final decree: (a) deliver to the Clerk's Office electronic images of the Claims Register and electronic images of all claims and supporting documentation for such

---

[1] Unless otherwise defined, capitalized terms have the definitions given in the Motion.

claims received by Rust Omni; and (b) file in this case an affidavit: (i) attesting that the electronic images delivered to the Clerk's Office are true and correct copies of the Claims Register, claims, and supporting documentation; and (ii) stating the location and the contact information of the individual or entity in possession of the Claims Register, claims, and supporting documentation. Rust Omni is further ordered to retain the Claims Register, claims, and supporting documentation, unless and until the Court specifically authorized Rust Omni to dispose of them

5. Debtor is authorized to take all actions reasonably necessary to effectuate the relief granted in this Final Decree.

6. The terms and provisions of this Final Decree shall be effective immediately and enforceable upon its entry. This Court shall retain jurisdiction over all matters arising from the interpretation, enforcement and implementation of this Final Decree.

### END OF ORDER

*Prepared by:*
Stephen B. Grow
WARNER NORCROSS & JUDD LLP
111 Lyon Street, NW, Suite 900
Grand Rapids, Michigan 49503
(616) 752-2418
*Counsel to Debtor and Debtor in Possession*
16720637-3